**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | ) ) ) ) |
| Plaintiff, | ) C.A. No. 2:18-cv-00334-RWS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| DISH NETWORK CORPORATION | ) ) |
| Defendant. | |

### NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney George Hopkins Guy, III is entering an appearance for Defendant, DISH Network Corporation, in the above-numbered and entitled cause:

> George Hopkins Guy, III
> BAKER BOTTS, L.L.P.
> 1001 Page Mill Road,
> Building One, Suite 200
> Palo Alto, CA  94304
> Email:  hop.guy@bakerbotts.com
> Tel.:  (650) 739-7500
> Fax*:*  (650) 739-7699

Mr. Guy is admitted to the Eastern District of Texas.

Dated:  August 23, 2018               Respectfully submitted,

*/s/ G. Hopkins Guy, III*
G. Hopkins Guy, III
BAKER BOTTS L.L.P.
1001 Page Mill Road,
Building One,Suite 200
Palo Alto, CA 94304
Email:  hop.guy@bakerbotts.com
Tel.:  (650) 739-7500
Fax:  (650) 739-7699

*Attorney for DISH Network Corporation*

## **CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on the 23rd day of August, 2018.  Any other counsel of record will be served via First Class Mail.


                                                */s/ G. Hopkins Guy*
                                                G. Hopkins Guy