# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST <br> DISTRIBUTION SYSTEMS, LLC <br> <br> Plaintiff, <br> <br> v. <br> <br> DISH NETWORK CORPORATION <br> <br> Defendant. | C.A. No. 2:18-cv-00334-RWS <br> <br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney Bradley Bowling is entering an appearance for Defendant, DISH Network Corporation,. in the above-numbered and entitled cause:

> Bradley Bowling
> Texas State Bar No. 24040555
> BAKER BOTTS L.L.P.
> 910 Louisiana
> Houston, Texas 77002-4995
> Telephone: (713) 229-1802
> Facsimile: (713) 229-7702
> brad.bowling@bakerbotts.com

Mr. Bowling is admitted to the Eastern District of Texas.

Dated: August 23, 2018

Respectfully submitted,

By: */s/ Bradley Bowling*_____
Bradley Bowling
Texas State Bar No. 24040555
BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002-4995
Telephone: (713) 229-1802
Facsimile: (713) 229-7702
brad.bowling@bakerbotts.com

*Attorney for DISH Network Corporation*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on the 23rd day of August, 2018. Any other counsel of record will be served via First Class Mail.

                                            */s/ Bradley Bowling*
                                            Bradley Bowling