UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br><br>   Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION<br><br>   Defendant. | )<br>)<br>)<br>)   C.A. No. 2:18-cv-00334-RWS<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney Kurt M. Pankratz is entering an appearance for Defendant, DISH Network Corporation,. in the above-numbered and entitled cause:

> Kurt M. Pankratz
> Texas Bar No. 24013291
> kurt.pankratz@bakerbotts.com
> BAKER BOTTS L.L.P.
> 2001 Ross Avenue
> Dallas, Texas 75201-2980
> Telephone: 214-953-6584
> Facsimile: 214-661-4584

Mr. Pankratz is admitted to the Eastern District of Texas.

Dated: August 23, 2018              Respectfully submitted,

By:  /s/ Kurt M. Pankratz_____
Kurt M. Pankratz
Texas Bar No. 24013291
kurt.pankratz@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214-953-6584
Facsimile: 214-661-4584

*Attorney for DISH Network Corporation*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on the 23rd day of August, 2018.  Any other counsel of record will be served via First Class Mail.

                                                                               */s/ Kurt M. Pankratz*_____
                                                                               Kurt M. Pankratz