UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC )<br><br>Plaintiff, )<br><br>v. )<br><br>DISH NETWORK CORPORATION ) | C.A. No. 2:18-cv-00334-RWS<br><br>**JURY TRIAL DEMANDED** |

                   Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney Jamie R. Lynn is entering an appearance for Defendant, DISH Network Corporation,. in the above-numbered and entitled cause:

    Jamie R. Lynn
    Washington DC Bar No. 987740
    BAKER BOTTS L.L.P.
    The Warner
    1299 Pennsylvania Avenue, NW
    Washington, DC 20004-2400
    Telephone: (202) 639-7786
    Facsimile: (202) 585-1026
    jamie.lynn@bakerbotts.com

Mr. Lynn is admitted to the Eastern District of Texas.

Dated: August 24, 2018          Respectfully submitted,

                                            By: */s/ Jamie R. Lynn*_____
                                            Jamie R. Lynn
                                            BAKER BOTTS L.L.P.
                                            1299 Pennsylvania Avenue, NW
                                            Washington, DC 20004-2400
                                            Telephone: (202) 639-7786
                                            Facsimile: (202) 585-1026
                                            jamie.lynn@bakerbotts.com

                                            *Attorney for DISH Network Corporation*

## **CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on the 24th day of August, 2018.  Any other counsel of record will be served via First Class Mail.

                                                    */s/ Jamie R. Lynn*
                                                  Jamie R. Lynn