# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 2:18-cv-00334-RWS |
| v. | ) **JURY TRIAL DEMANDED** |
| DISH NETWORK CORPORATION | ) |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney Kurt M. Pankratz is entering an appearance for Defendant, DISH Network Corporation, in the above-numbered and entitled cause:

    Kurt M. Pankratz
    Texas Bar No. 24013291
    kurt.pankratz@bakerbotts.com
    BAKER BOTTS L.L.P.
    2001 Ross Avenue
    Dallas, Texas 75201-2980
    Telephone: 214-953-6584
    Facsimile: 214-661-4584

Mr. Pankratz is admitted to the Eastern District of Texas.

Dated: September 7, 2018

Respectfully submitted,

*/s/ Kurt M. Pankratz*
Kurt M. Pankratz
Texas Bar No. 24013291
kurt.pankratz@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214-953-6584
Facsimile: 214-661-4584

*Attorney for DISH Network Corporation*

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on the 7th day of September, 2018.  Any other counsel of record will be served via First Class Mail.


                                        */s/ Kurt M. Pankratz*_____
                                        Kurt M. Pankratz