**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:18-cv-334 |
| vs. | § § | PATENT CASE |
| DISH NETWORK CORPORATION | § § § | |
| Defendant. | § § | |
| _____ | § | |

## MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a) Rothschild Broadcast Distribution Systems, LLC ("RBDS") moves to dismiss all claims asserted by Plaintiff RBDS against Defendant Dish Network Corporation WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: October 5, 2018

Respectfully submitted,

/s/*Jay Johnson*
Jay Johnson
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEY FOR ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 5, 2018.

/s/ *Jay Johnson*
JAY JOHNSON