UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:18-cv-334 RWS

Name of party requesting extension: DISH Network Corporation

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 8/15/18

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other _____ days

New Deadline Date: 10/22/2018  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Ali Dhanani
State Bar No.: 24055400
Firm Name: Baker Botts L.L.P.
Address: 910 Louisiana Street
          Houston, Texas 77002

Phone:  (713) 229-1108
Fax:    (713) 229-2808
Email:  ali.dhanani@bakerbotts.com

A certificate of conference does not need to be filed with this unopposed application.