IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> DISH NETWORK CORPORATION <br><br> Defendant. | § § § § § § § § § § § § § <br><br> Case No: 2:18-cv-334 <br><br> PATENT CASE |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Motion for Dismissal Without Prejudice of all claims asserted by Plaintiff Rothschild Broadcast Distribution Systems, LLC, against Defendant Dish Network Corporation and the Court being of the opinion that said motion should be GRANTED.

Therefore, IT IS ORDERED that all claims by Plaintiff Rothschild Broadcast Distribution Systems, LLC against Defendant Dish Network Corporation are dismissed without prejudice with each party to bear its own attorneys' fees and costs.

The Clerk of the Court is directed to close this case.

**SIGNED this 10th day of October, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE